# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 08-2232-PSG (CTx) | Date: | June 17, 2008 |
| Title: | Steven Levy et al v. HSBC USA, N.A., et al | | |

| | | |
|---|---|---|
| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                               Not Present

Proceedings (In Chambers):   **Order to Show Cause Re: Pro Hac Vice Application**

On May 28, 2008, the Court was informed of attorney Donald H. Nichols's failure to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the pro hac vice appearance fee.

Accordingly, Mr. Nichols is hereby **ORDERED** to show cause in writing **not later than July 8, 2008** why this Court should not revoke permission to appear on behalf of Plaintiff without further notice from the Court.

The Order to Show Cause shall stand submitted upon the electronic filing of the application and proof of payment on or before the above date. Failure to do so, shall be deemed as consent to revoke permission to appear on behalf of the Plaintiff.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. Furthermore, counsel are reminded that courtesy copies of all electronically filed documents must be delivered directly to Chambers the following business day before Noon. Further, courtesy copies must include the E-Filed Notice and/or E-Filed Header.

                                                     ----    :    ----
                                        Initials of Preparer        wkh